Lajos Steiner, appellant, v. Chicago Title & Trust Company, appellee. Gen. No. 25,252.

Assumpsit to recover for loss of commissions and time by reason

of defendant's breach of contract. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed October· 6, 1920.

Harry H. Felgar, for appellant; Julius L. Steiner, of counsel. Butz, von Ammon & Johnston and George Gillette, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.